UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Debora Joan Chicos

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Debtor.

Chapter 13, Case No. 20-41648 KLT

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes an appearance on behalf of:

Rushmore Loan Management Services LLC,

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

Rushmore Loan Management Services LLC
c/o LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P
4500 Park Glen Road, Suite 300
Minneapolis, MN 55416
(952) 925-6888

Dated: November 16, 2022

LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P

By:   /s/Kevin T. Dobie
Kevin T. Dobie, #388322
Attorney for Movant
4500 Park Glen Road, #300
Minneapolis, MN 55416
(952) 925-6888
kevin@minnesotamortgagelaw.com